IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Robles,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Michael D. Garvy, et al.,<br><br>　　　　Respondents. | No.  CV 11-668-TUC-FRZ<br><br>**ORDER** |

  Before the Court for consideration is the Report and Recommendation of Magistrate Judge D. Thomas Ferraro, recommending that the Court dismiss the Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed by Petitioner Carlos Robles. Petitioner, presently confined at the Arizona State Prison Complex- Florence, was sentenced to a term of natural life for first degree murder and a consecutive 10.5 years for attempted first degree murder following his conviction by jury is state court.  Petitioner raises five claims for habeas relief.

  This matter was referred to Magistrate Judge Ferraro pursuant to the provisions of 28 U.S.C. § 636(b), Rule 72, Fed.R.Civ.P., and Local Rules 72.1 and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, for further proceedings and report and recommendation.

  Magistrate Judge Ferraro issued his Report and Recommendation on April 10, 2013, recommending that the Court, after its independent review of the record, enter an order

denying the five separate claims raised on the merits and dismissing the Amended Petition for Writ of Habeas Corpus.

The Report and Recommendation sets forth a detailed factual and procedural history of the underlying state court criminal and post-conviction proceedings and a thorough analysis addressing Petitioner's claims of ineffective assistance of counsel, Claims 1-3, and Claims 4 and 5, alleging due process violations and insufficiency of evidence.

The Report and Recommendation advised the parties that they may serve and file written objections pursuant to Rule 72(B)(2), within fourteen days of being served with a copy of the Report and Recommendation, and that if objections were not timely filed, they may be deemed waived.

No objections were filed.

After consideration of the matters presented and an independent review of the record herein, the Court finds that the Report and Recommendation shall be adopted, thereby denying habeas relief and dismissing the Amended Petition for Writ of Habeas Corpus as recommended. Accordingly,

IT IS ORDERED that Magistrate Judge Ferraro's Report and Recommendation (Doc. 20) is hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this Court;

IT IS FURTHER ORDERED that the Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. 6) is hereby DENIED and this action is DISMISSED;

Judgment shall be entered accordingly.

DATED this 11th day of July, 2013.

Frank R. Zapata
Senior United States District Judge